1   **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9   United States of America,                  )   CR-12-8219-PCT-PGR
                                                )
10                  Plaintiff,                   )
                                                )   **DETENTION  ORDER**
11   vs.                                         )
                                                )
12   Carlos Velez-Campos,                        )
                                                )
13                  Defendant.                   )
                                                )
14   _____)

15          A detention hearing and a preliminary revocation hearing on the Petition on

16   Supervised Release were held on March 6, 2013.

17          **THE  COURT  FINDS** that the Defendant has knowingly, intelligently, and

18   voluntarily waived his right to a detention hearing and a preliminary revocation hearing and

19   has consented to the issue of detention being made based upon the allegations in the Petition.

20          **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden

21   of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that

22   he is not a serious flight risk.  *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

23          **IT IS ORDERED** that the Defendant shall be detained pending further order of the

24   court.

25          DATED this 7th  day of March, 2013.

26

27                                              _____
                                                      Lawrence O. Anderson
28                                              United States Magistrate Judge